IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

-vs-  Case No. 3:16CR009

Mohammed Tamim

---

### ORDER TERMINATING PRE-JUDGMENT PROBATION

---

The above named was placed on pre-judgment probation on June 17, 2016, for a period of one (1) year. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from pre-judgment probation supervision and that the proceedings in the case be terminated.

_____
Sharon L. Ovington
Chief United States Magistrate Judge

7-1-16
Date